An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

HIBU, INC., F/K/A YELLOWBOOK INC., F/K/A YELLOW BOOK SALES AND DISTRIBUTION COMPANY, INC.,
Appellants,
vs.
BARBER, KARP & ASSOCIATES, A NEVADA CORPORATION; AND KEVIN KARP, INDIVIDUALLY,
Respondents.

No. 65523

**FILED**

FEB 1 8 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DISMISING APPEAL*

Cause appearing, appellant's motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY:

cc: Hon. Connie J. Steinheimer, District Judge
Beverly J. Salhanick
Shook, Hardy, & Bacon, LLP
Barber Law Group, Inc.
Kevin R. Karp
Washoe District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

15-05253